# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD SYLVAS

NO. 2025 KW 0590

**SEPTEMBER 8, 2025**

---

In Re:  Donald Sylvas, applying for supervisory writs, City Court of East St. Tammany, Parish of St. Tammany, Nos. 22KC264/1931/0786/2674/2459/23KC2529.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the City Court of East St. Tammany, which has jurisdiction over this matter. According to relator, he is seeking a ruling on his Motion for Resolution of Detainer regarding a detainer issued by the City Court of East St. Tammany.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT